```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

DEBORAH TAYLOR,                    )
                                   )
            Plaintiff,             )
                                   )
    v.                             )   No. 06 C 4427
                                   )
ILLINOIS DEPARTMENT OF             )
CORRECTIONS,                       )
                                   )
            Defendant.             )

## MEMORANDUM ORDER

Deborah Taylor ("Taylor") has filed a self-prepared Complaint of Employment Discrimination against her ex-employer Illinois Department of Corrections ("Department"), utilizing the form of such Complaint made available by this District Court's Clerk's Office for use by pro se plaintiffs. At the initial status hearing that this Court had scheduled for October 18, Taylor reported that she had caused process to be served on Department but had heard nothing either from a Department representative or from its counsel. This Court's minute clerk has since retrieved the proof of service filed by the United States Marshals Service, which reflects Department as having been served on September 14.

That being the case, Department is in default for its failure to respond to Taylor's Complaint. This action is accordingly set for a status hearing at 9 a.m. November 6, 2006, at which time this Court will determine what proceedings are

appropriate to deal with the matter.

_____
Milton I. Shadur
Senior United States District Judge

Date:   October 19, 2006